# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00722-CR

**Martin Franco, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT
### NO. 4357, HONORABLE CLAYTON E. EVANS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Martin Franco, Jr., was convicted of aggravated robbery in May 1992. On November 20, 2003, he filed what he styled his "late notice of appeal." Clearly, the notice of appeal is too late. *See* Tex. R. App. P. 26.2(a). If Franco believes that he is entitled to an out-of-time appeal, he must pursue that remedy by means of a post-conviction habeas corpus proceeding. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2004). We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed:   January 8, 2004

Do Not Publish

2